**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8401**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JIMMY DAVID CLEMONS,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge.  (1:04-cr-00088-LHT-DLH-1)

_____

Submitted:  April 23, 2009              Decided:  May 4, 2009

_____

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Chiege Ojugo Kalu Okwara, Charlotte, North Carolina, for
Appellant.  Amy Elizabeth Ray, Assistant United States Attorney,
Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy David Clemons appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Clemons, No. 1:04-cr-00088-LHT-DLH-1 (W.D.N.C. Oct. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED